# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

10613 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA, PENNSYLVANIA 19106-1705

STEWART DALZELL
JUDGE

(215) 597-9773

June 5, 2007

Honorable Ortrie D. Smith
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:  Calendar Year 2006 Filing

Dear Judge Smith:

I enclose an amended report for calendar year 2006, which reflects the items you cited in the second and third paragraphs of your letter to me of May 29, 2007.

With respect to the fourth paragraph of your letter, referring to the disappearance of "Mellon Bank", the reason for this is because in past years I received a microscopic amount of "income" on the tax escrow associated with my mortgage at Mellon.  My debt obligations to Mellon were not disclosable as they both involved home mortgage borrowing.  There is no longer "income" to report in 2006 because there is no longer any debt.  Thus, there was no transaction that is disclosable since mortgage obligations are exempt and there was never an interest-bearing asset.  If you have another view of how this satisfaction and consequent termination of "income" should be dealt with, I would be grateful to know it.

As it now stands with this amended report, I believe I have addressed all of your concerns.

Sincerely,

Stewart Dalzell

SD:jt
Enc.

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Dalzell, Stewart | 2. Court or Organization U.S. District Court | 3. Date of Report 04/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☒ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 10613 U.S. Courthouse 601 Market Street Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2007 JUN 11 A 10: 09 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | ▬▬▬▬▬ Teaching Fees |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The American Law Institute | Lodging for ALI-ABA Satellite Program |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Posel Partnership | Value of Free Movie Pass | $ 233 |
| 2. | Drinker Biddle & Reath | Tax Return Preparation | $ 2000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cape Cod Five Cent Savings | A | Interest | J | T | | | | | |
| 2. Bear, Stearns Fed. Fund | A | Interest | K | T | | | | | |
| 3. PNC Bank | A | Interest | J | T | | | | | |
| 4. RMA Tax Free Fund | A | Dividend | J | T | | | | | |
| 5. BRE Properties, Inc. | C | Dividend | M | T | | | | | |
| 6. Vangaurd PA Tax Free Money Fund | B | Dividend | K | T | | | | | |
| 7. Village Super Market | A | Dividend | K | T | | | | | |
| 8. Prime Fund-Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 9. U.S. Treasury strips | D | Interest | | | matured | 2/15 | L | D | matured |
| 10. Pepsico | A | Dividend | K | T | | | | | |
| 11. Compton Petroleum | | None | | | buy | 3/17 | J | | buy on NYSE |
| 12. Tronox | | None | | | spin-off | 1/3 | J | | spin-off received |
| 13. J.P. Morgan Bonds | B | Interest | K | T | | | | | |
| 14. Tronox | | None | | | sell | 8/22 | J | A | sale on NYSE |
| 15. Dow Chemical | A | Dividend | | | sell | 1/23 | J | A | sell on NYSE |
| 16. Weingarten Realty Inv. | A | Dividend | K | T | | | | | |
| 17. Citigroup | B | Dividend | K | T | buy | 8/9 | J | | buy add'l shares on |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | NYSE |
| 18. Pfizer, Inc. | A | Dividend | J | T | sell | 11/4 | J | A | partial sale on NYSE |
| 19. General Electric | A | Dividend | K | T | | | | | |
| 20. GTE South Inc. Bonds | B | Interest | K | T | | | | | |
| 21. Sara Lee Corp. Bonds | B | Interest | | | matured | 1/9 | K | A | matured |
| 22. VF Corp. | A | Dividend | K | T | buy | 12/7 | J | | buy add'l shares on NYSE |
| 23. Exxon Mobil | A | Dividend | K | T | | | | | |
| 24. SEI Daily Income Trust | D | Dividend | K | T | | | | | |
| 25. Lowes | A | Dividend | J | T | sell | 6/28 | J | C | partial sale on NYSE |
| 26. Chevron Texaco | B | Dividend | L | T | | | | | |
| 27. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 28. Goldman Sachs Group Notes | D | Interest | L | T | | | | | |
| 29. Fortune Brands | A | Dividend | | | sell | 6/28 | J | B | sale on NYSE |
| 30. General Dynamics | A | Dividend | K | T | sell | 6/8 | J | C | partial sale on NYSE |
| 31. Kerr-McGee Corp. | A | Dividend | | | buy | 1/2 | K | | buy on NYSE |
| 32. Kerr-McGee Corp. | | | | | sell | 8/11 | K | D | sale on NYSE |
| 33. Intel | A | Dividend | J | T | sell | 5/9 | J | A | partial sale on |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | NYSE |
| 34. AT&T | A | Dividend | K | T | | | | | |
| 35. Wells Fargo | A | Dividend | J | T | | | | | |
| 36. DuPont | | None | | | sell | 1/23 | J | A | sale on NYSE |
| 37. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 38. Dominion Resources | B | Dividend | K | T | | | | | |
| 39. Xerox Credit Notes | B | Interest | K | T | | | | | |
| 40. Sherritt International Corp. | A | Dividend | K | T | | | | | |
| 41. Fed. Farm CreditBank Bonds | B | Interest | K | T | buy | 1/24 | K | | buy on market |
| 42. Caterpillar | A | Dividend | | | sell | 11/14 | K | A | sale on NYSE |
| 43. Bank of America | A | Dividend | K | T | buy | 8/9 | J | | buy add'l shares on NYSE |
| 44. Conoco Phillips | A | Dividend | K | T | sell | 9/20 | J | A | partial sale on NYSE |
| 45. Int'l Business Machines | A | Dividend | K | T | | | | | |
| 46. Servicemaster | A | Dividend | K | T | | | | | |
| 47. Fed. Home Loan Bank Bonds | A | Interest | K | T | buy | 3/2 | K | | buy in market |
| 48. Utilities SPDR Trust | A | Dividend | J | T | | | | | |
| 49. Korea Electric Power Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B I and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50.   Fairfax Financial Bonds | | None | K | T | buy | 8/18 | K | | buy on Toronto Exch. |
| 51.   Fairfax Financial Holdings | | None | K | T | buy | 8/21 | K | | buy on NYSE |
| 52.   Compton Petroleum | | None | | | sell | 12/6 | J | A | sale on NYSE |
| 53.   FHLB Bonds | B | Interest | K | T | | | | | |
| 54.   Plum Creek Timber | A | Dividend | J | T | buy | 5/9 | J | | buy add'l shares on NYSE |
| 55.   FHLB Bonds | A | Interest | | | call | 12/22 | K | A | full call |
| 56.   International Coal | | None | | | sell | 3/17 | J | | sale on NYSE |
| 57.   FFCB Bonds (new) | A | Interest | | | buy | 5/11 | K | | buy new bonds |
| 58.   FHLB Bonds (new) | | None | K | T | buy | 12/22 | K | | buy new bonds |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████████    Date  June 5, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Dalzell, Stewart | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>04/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial     ☒ Annual     ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>10613 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -7 A 10:32 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ▆▆▆▆▆▆▆ Teaching Fees |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. The American Law Institute | Lodging for ALI-ABA Satellite Program |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Posel Partnership | Value of Free Movie Pass | $ 233 |
| 2. | Drinker Biddle & Reath | Tax Return Preparation | $ 2000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cape Cod Five Cent Savings | A | Interest | J | T | | | | | |
| 2. Bear, Stearns Fed. Fund | A | Interest | K | T | | | | | |
| 3. PNC Bank | A | Interest | J | T | | | | | |
| 4. RMA Tax Free Fund | A | Dividend | J | T | | | | | |
| 5. BRE Properties, Inc. | C | Dividend | M | T | | | | | |
| 6. Vangaurd PA Tax Free Money Fund | B | Dividend | K | T | | | | | |
| 7. Village Super Market | A | Dividend | K | T | | | | | |
| 8. Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 9. U.S. Treasury strips | D | Interest | | | matured | 2/15 | L | D | matured |
| 10. Pepsico | A | Dividend | K | T | | | | | |
| 11. Compton Petroleum | A | None | | | buy | 3/17 | J | | buy on NYSE |
| 12. Tronox | A | None | | | spin-off | 1/3 | J | | spin-off received |
| 13. J.P. Morgan Bonds | B | Interest | K | T | | | | | |
| 14. Tronox | | None | | | sell | 8/22 | J | A | sale on NYSE |
| 15. Dow Chemical | A | Dividend | | | sell | 1/23 | J | A | sell on NYSE |
| 16. Weingarten Realty Inv. | A | Dividend | K | T | | | | | |
| 17. Citigroup | B | Dividend | K | T | buy | 8/9 | J | | buy add'l shares on |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | NYSE |
| 18. Pfizer, Inc. | A | Dividend | J | T | sell | 11/4 | J | A | partial sale on NYSE |
| 19. General Electric | A | Dividend | K | T | | | | | |
| 20. GTE South Inc. Bonds | B | Interest | K | T | | | | | |
| 21. Sara Lee Corp. Bonds | B | Interest | | | matured | 1/9 | K | A | matured |
| 22. VF Corp. | A | Dividend | K | T | buy | 12/7 | J | | buy add'l shares on NYSE |
| 23. Exxon Mobil | A | Dividend | K | T | | | | | |
| 24. SEI Daily Income Trust | D | Dividend | K | T | | | | | |
| 25. Lowes | A | Dividend | J | T | sell | 6/28 | J | C | partial sale on NYSE |
| 26. Chevron Texaco | B | Dividend | L | T | | | | | |
| 27. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 28. Goldman Sachs Group Notes | D | Interest | L | T | | | | | |
| 29. Fortune Brands | A | Dividend | | | sell | 6/28 | J | B | sale on NYSE |
| 30. General Dynamics | A | Dividend | K | T | sell | 6/8 | J | C | partial sale on NYSE |
| 31. Kerr-McGee Corp. | A | Dividend | | | buy | 1/2 | K | | buy on NYSE |
| 32. Kerr-McGee Corp. | | | | | sell | 8/11 | K | D | sale on NYSE |
| 33. Intel | A | Dividend | J | T | sell | 5/9 | J | A | partial sale on |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | NYSE |
| 34. AT&T | A | Dividend | K | T | | | | | |
| 35. Wells Fargo | A | Dividend | J | T | | | | | |
| 36. DuPont | A | None | | | sell | 1/23 | J | A | sale on NYSE |
| 37. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 38. Dominion Resources | B | Dividend | K | T | | | | | |
| 39. Xerox Credit Notes | B | Interest | K | T | | | | | |
| 40. Sherritt International Corp. | A | Dividend | K | T | | | | | |
| 41. Fed. Farm CreditBank Bonds | B | Interest | K | T | buy | 1/24 | K | | buy on market |
| 42. Caterpillar | A | Dividend | | | sell | 11/14 | K | A | sale on NYSE |
| 43. Bank of America | A | Dividend | K | T | buy | 8/9 | J | | buy add'l shares on NYSE |
| 44. Conoco Phillips | A | Dividend | K | T | sell | 9/20 | J | A | partial sale on NYSE |
| 45. Int'l Business Machines | A | Dividend | K | T | | | | | |
| 46. Servicemaster | A | Dividend | K | T | | | | | |
| 47. Fed. Home Loan Bank Bonds | A | Interest | K | T | buy | 3/2 | K | | buy in market |
| 48. Utilities SPDR Trust | A | Dividend | J | T | | | | | |
| 49. Korea Electric Power Corp. | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 50. Fairfax Financial Bonds | A | None | K | T | buy | 8/18 | K | | buy on Toronto Exch. |
| 51. Fairfax Financial Holdings | A | None | K | T | buy | 8/21 | K | | buy on NYSE |
| 52. Compton Petroleum | A | None | | | sell | 12/6 | J | A | sale on NYSE |
| 53. FHLB Bonds | B | Interest | K | T | | | | | |
| 54. Plum Creek Timber | A | Dividend | J | T | buy | 5/9 | J | | buy add'l shares on NYSE |
| 55. FHLB Bonds | A | Interest | | | call | 12/22 | K | A | full call |
| 56. International Coal | A | None | | | sell | 3/17 | J | | sale on NYSE |
| 57. FFCB Bonds (new) | A | Interest | | | buy | 5/11 | K | | buy new bonds |
| 58. FHLB Bonds (new) | A | None | K | T | buy | 12/22 | K | | buy new bonds |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu███████████████                                          Date  *April 30, 2007*

NOTE: ████████UAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544